CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Defendant Name: __JAMES ELLISON CATOE__     20-31

Place of Offense (City & County): __Elizabethton, Carter County, Tennessee__  DCLC3

Juvenile: Yes ___ No _x_   Matter to be Sealed: Yes ___ **No** _x_

Interpreter: No _x_ Yes ___ Language: _____

Total # of Counts: _3_     Petty ___ Felony _XXX_

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| | 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(b)(1)– Knowingly receive or distribute any child pornography that has been transported, shipped or mailed in interstate or foreign commerce including by computer | 1, 2 |
| | 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2) – Knowingly possess any matter of child pornography that has been transported, shipped or mailed in interstate or foreign commerce including by computer | 3 |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _X_ Yes ___   Case No. _____

Defendant on Supervised Release: Yes ___ No _X_

Violation Warrant Issued? No ___ Yes ___ Case No. _____

Related Case(s):

Case Number   Defendant's attorney   How related

Case Number   Defendant's attorney   How related

## Criminal Informations:

Pending criminal case: No _X_ Yes ___ Case No. _____

New Separate Case _____   Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____   Appointed: _____

Date: _2/11/20_   Signature of AUSA: _____
                                      Andrew C. Parker