UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:20-CR-031 |
| v. | ) | JUDGE CORKER |
| | ) | |
| JAMES ELLISON CATOE | ) | |

<u>U.S.S.G. § 3E1.1(b) MOTION</u>

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ Andrew C. Parker*
ANDREW C. PARKER
Assistant U.S. Attorney
FL Bar No. 100949
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
andrew.parker@usdoj.gov
(423) 639-6759