# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Sentencing

USA v __JAMES ELLISON CATOE__    Date: __March 26, 2021__

Case No. __2:20-CR-31__    Time __1:12 P.M.__   To __1:20 P.M.__

Honorable CLIFTON L. CORKER, U.S. District Judge, Presiding

| KIM OTTINGER | KAREN BRADLEY |
|---|---|
| Deputy Clerk | Court Reporter |
| H. RANDOLPH FALLIN | ANDREW PARKER |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Oral Motion by counsel for defendant-granted

Sentencing to be held in abeyance

Defendant remanded to custody of U.S. Marshal

Order to enter