# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

USA

V.

JAMES ELLISON CATOE

**EXHIBIT AND WITNESS LIST**

Case Number: 2:20-CR-31

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Clifton L. Corker | Andrew Parker | H. Randolph Fallin |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| November 4, 2021 | Lisa Webb | Kim Ottinger |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W | 11/4/2021 |  |  | JAMES ELLISON CATOE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages